UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE ANNE WINNIE,<br><br>                              Plaintiff,<br><br>           -v.-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                              Defendant. | 25 Civ. 1177 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Plaintiff's application to proceed *in forma puperis*, ECF No. 3, is denied without prejudice to renewal.  The application shows that Plaintiff, or Plaintiff's household, owns five vehicles.  While the approximate value of one of these vehicles has not been provided, the approximate value of the other four vehicles totals $53,000.  In addition, Plaintiff's spouse's employment generates $3,400 per month, for a total of $40,800 annually.  Plaintiff identifies expenses that also total $3,400 per month, but several of those expenses seem to be variable.  Plaintiff therefore has sufficient assets to pay the fees.  *See* 28 U.S.C. § 1915(a)(1).  Plaintiff is directed, within 30 days of the date of this order, to pay the filing fee or to submit an amended *in forma pauperis* application.  If Plaintiff fails to comply with this order within the time allotted, then the action will be dismissed (without prejudice to refiling).

SO ORDERED.

Dated: February 19, 2025
       New York, New York

_____<br>
JENNIFER H. REARDEN<br>
United States District Judge