```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*******************************
JULIE WINNIE,

           Plaintiff,

    v.

FRANK BISIGNANO
COMMISSIONER
OF SOCIAL SECURITY,

           Defendant.
*******************************

Civil Action No. 25-1177

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

    This matter having been opened to the Court by JAY CLAYTON, United States Attorney for the Southern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, a new hearing will be offered, and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this    17    day of    July   , 2025 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**SO ORDERED.**

Dated: July 17, 2025
      New York, NY

_____
Hon. Henry J. Ricardo
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

                        JAY CLAYTON
                        United States Attorney

By:     /s Kristina Cohn
           Kristina Cohn
           Special Assistant United States Attorney
           Office of Program Litigation, Office 2
           Office of the General Counsel
           Social Security Administration
           6401 Security Boulevard
           Baltimore, MD 21235
           Phone:  212-264-2179
           Email: kristina.cohn@ssa.gov


                        OLINSKY LAW GROUP

By:    Howard D. Olinsky
           Attorney for Plaintiff
           250 South Clinton Street
           Suite 210
           Syracuse, NY 13202
           Phone: 315-701-5781
           Email: holinsky@windisability.com