**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JULIE WINNIE,

                        Plaintiff,                    25 **CIVIL** 1177 (HJR)

      -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Consent Order dated July 17, 2025, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York

      July 17, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                    **BY:**

                                                     **Deputy Clerk**